1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

11

NORMAN PAUL BLANCO,

12
                            Petitioner,

13

14
          v.

15

MICHAEL MCDONALD, Warden,

16

17
                      Respondent.

18

Civil No.    11cv1263-WQH (POR)

**ORDER DENYING IN FORMA PAUPERIS APPLICATION AND DISMISSING CASE WITHOUT PREJUDICE**

19

20
      Petitioner, a state prisoner proceeding pro se, has not paid the $5.00 filing fee and has

21
filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, together with a

22
request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a).

23
      The request to proceed in forma pauperis is denied because Petitioner has not provided

24
the Court with sufficient information to determine Petitioner's financial status.  A request to

25
proceed in forma pauperis made by a state prisoner must include a certificate from the warden

26
or other appropriate officer showing the amount of money or securities Petitioner has on account

27
in the institution.  Rule 3(a)(2), 28 U.S.C. foll. § 2254; Local Rule 3.2.  Petitioner has failed to

28
provide the Court with the required Prison Certificate.

1    Accordingly, the Court **DENIES** the request to proceed in forma pauperis, and

2  **DISMISSES** the case without prejudice.  To have the case reopened, Petitioner must, no later

3  than **September 12, 2011**, provide the Court with:  (1)  a copy of this Order together with the

4  $5.00 filing fee; or (2)  a copy of this Order together with adequate proof that Petitioner cannot

5  pay the $5.00 filing fee.  The Clerk of Court shall send Petitioner a blank Southern District of

6  California in forma pauperis form, which includes the required Prison Certificate, along with a

7  copy of this Order

8    **IT IS SO ORDERED.**

9  DATED:  June 13, 2011

10

11  **WILLIAM Q. HAYES**
   United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28